IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JALIL COLLAZO-ORTIZ | No. 17-cr-320-9 |

## ORDER

**AND NOW**, this 18th day of February 2021, after consideration of Jalil Collazo-Ortiz's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, (ECF Nos. 349, 359), and the Government's Response, (ECF No. 365), it is **ORDERED** that Collazo-Ortiz's Motion is **DENIED** and a certificate of appealability **SHALL NOT** issue.  The clerk of court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1